

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00374-CV

| | | |
|---|---|---|
| FIAMMA STATLER, LP, FIAMMA PARTNERS, LLC, AND FIAMMA MANAGEMENT GROUP, LLC, Appellants and Appellees | § § § § § | On Appeal from the 342nd District Court and the 141st District Court<br><br>of Tarrant County (342-303752-18; 342-294034-17; and 141-294034-17) |
| v. | § | October 29, 2020 |
| | § | Memorandum Opinion by Justice Gabriel |
| MATTHEW D. CHALLIS AND JEFFERIES, LLC, Appellees and Appellants | § | Concurring and Dissenting Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal regarding the trial court's June 15, 2018 order granting Matthew D. Challis and Jefferies, LLC's renewed motion to dismiss and holds there was no reversible error. The order is affirmed.

This court has also considered the record on appeal regarding the trial court's January 31, 2019 order regarding attorney's fees and costs and holds that there were errors in the order. We reverse that portion of the trial court's January 31, 2019 order

regarding trial attorney's fees and remand the issue to the trial court to redetermine the reasonable and necessary trial attorney's fees incurred by Challis and Jefferies. We also remand the issue of Challis and Jefferies's appellate attorney's fees for the trial court to redetermine and enter an express award for appellate attorney's fees. We reverse that portion of the trial court's order awarding a specific amount of costs and remand for the taxation of costs by the trial court clerk; however, we affirm the trial court's determination that Challis and Jefferies were entitled to a costs award.

It is further ordered that Fiamma Statler, LP; Fiamma Partners, LLC; and Fiamma Management Group, LLC shall bear all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Lee Gabriel
Justice Lee Gabriel